UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAYNE ALBRECHT,

    Plaintiff,                                 Case No. 14-cv-12452

v.                                           HONORABLE STEPHEN J. MURPHY, III

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

                                            /

**ORDER ADOPTING REPORT AND RECOMMENDATION** (document no. 19)**,**
**DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** (document no. 9)**,**
**GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** (document no. 13)

    The Social Security Administration denied Plaintiff Bayne Albrecht's application for a disability and disability insurance benefits. After the Social Security Appeals Council denied his request for review, Albrecht filed the present case. The Court referred the case to a Magistrate Judge for a Report and Recommendation. The magistrate judge issued a Report and Recommendation on February 9, 2016, and advised the Court to deny Albrecht's motion for summary judgment, grant the Commissioner of Social Security's motion for summary judgment, and dismiss the case.

    Under Civil Rule 72(b), each party had fourteen days from the date of service to file any written objections to the recommended disposition. Thus, Albrecht had until February 23 to file an objection to the Report. As of February 29, neither party has lodged an objection. De novo review of the magistrate judge's findings is therefore not required. *See* Fed.R.Civ.P. 72(b)(3). The Court has reviewed the file and the Report, and finds that the magistrate judge's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusions and will enter an appropriate judgment.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation (document no. 19) is **ADOPTED.**

**IT IS FURTHER ORDERED** that the Commissioner of Social Security's Motion For Summary Judgment (document no. 13) is **GRANTED.**

**IT IS FURTHER ORDERED** that Albrecht's Motion for Summary Judgment (document no. 9) is **DENIED.**

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

        s/Stephen J. Murphy, III
        STEPHEN J. MURPHY, III
        United States District Judge

Dated: March 1, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 1, 2016, by electronic and/or ordinary mail.

        s/Carol Cohron
        Case Manager